FILED
2021 JUL 14 PM 1:06

Attachment 1 - Civil Complaint

BY _____

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
_____ **DIVISION**

Yvette A. Melendez
_____
(Enter your full name)
          Plaintiff(s)

CASE NUMBER: **1:21CV0622 RP**
                    (Supplied by Clerk's Office)

Mason Arnold
_____
(Enter full name of each Defendant)
          Defendant(s)

**COMPLAINT**

First Paragraph (Name and Address of Plaintiff)

Second Paragraph (Name and Address(es) of Defendant(s))

Third Paragraph (Jurisdiction Plea)

Fourth Paragraph (Allegation 1)

Fifth Paragraph (Allegation 2) ...

The final paragraph should contain a statement of the relief you are seeking.   This paragraph should not be numbered.

_____
Signature
Name (Typed or Printed) Yvette Melendez
Address 412 E. William Cannon Drive # 1608 Austin, TX 78745
Telephone Number 254.291.8294

27

Rev. Ed. October 26, 2017

**Attachment 2 - EEOC Complaint Form**

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### _____ DIVISION

Yvette Melendez
_____

_____

(Name of plaintiff or plaintiffs)

Civil Action Number: 1:21 CV 0622 RP

(Supplied
by Clerk's Office)

v.

Mason Arnold
_____

_____

(Name of defendant or defendants)

## COMPLAINT

1.      This action is brought by Yvette Melendez _____, Plaintiff, pursuant to the following selected jurisdiction:

**(Please select the applicable jurisdiction)**

[ X ] Title VII of the Civil Rights Act of 1964 (42 USC §§ 2000e et seq.)  Employment Discrimination on the basis of race, color, sex (gender, pregnancy and sexual harassment), religion or national origin.

[    ] The Age Discrimination in Employment Act (29 USC §§ 621 et seq.) (**ADEA**).

[    ] The Americans With Disabilities Act (42 USC §§ 12102 et seq.) (**ADA**).

[    ] The Equal Pay Act (29 USC § 206(d)) (**EPA**).

[    ] The Rehabilitation Act of 1973 (29 USC §791 et seq.) (Applicable to federal employees only).

2.      Defendant Mason Arnold _____(Defendant's name) lives at, or its business is located at 3714 Bluestein Suite 650 (street address), _____ (city), Austin (state), TX 78721 (zip).

28

**Rev. Ed. October 26, 2017**

3a. Plaintiff sought employment from the defendant or was employed by the defendant at _3714 Bluestein Suite 650_____(street address), (city), _Austin_____(state), _TX 78721_____(zip).

3b. At all relevant times of claim of discrimination, Defendant employed _100 - 200_ (#) employees.   If defendant is a union, at all relevant times of claim of discrimination, Defendant had _____ (#) members.

4. Defendant discriminated against plaintiff in the manner indicated in paragraph 8 of this complaint on or about _October_____(month) _6_____(day) _2017_ (year).   If incidents of discrimination occurred more than one day, please indicate the beginning and ending dates of such acts: _October 2017  –  October 2019_

.

5. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission (E.E.O.C.) charging defendant with the acts of discrimination indicated in paragraph 7 of this complaint on or about _April___ (month) _29_____(day) _2020_____(year).   (Not applicable to federal civil service employees).

6a. The E.E.O.C. issued a **Notice of Right to Sue** which was received by plaintiff on (month) _April_____(day) _30   2020_____(year).   (Not applicable to ADEA and EPA claims or federal civil service employees).

**VERY IMPORTANT NOTE**: **PLEASE ATTACH A COPY OF YOUR NOTICE OF RIGHT TO SUE AND THE ENVELOPE IN WHICH IT WAS RECEIVED TO THIS COMPLAINT.**

6b. Please indicate below if the E.E.O.C issued a **Determination** in your case:

[ X ] Yes   _EEOC would not look at any issues passed_
[   ] No   _January 2019 when I told them this was ongoing_

**VERY IMPORTANT NOTE**: **IF YOU CHECKED "YES", PLEASE ATTACH A COPY OF THE E.E.O.C.'S DETERMINATION TO THIS COMPLAINT**

7. Because of plaintiff's:

**(Please select the applicable allegation(s))**

[   ] Race (If applicable, state race) _____

[   ] Color (If applicable, state color) _____

Rev. Ed. October 26, 2017

[X] Sex (gender, pregnancy or sexual harassment) (If applicable, state sex and claim)

[  ] Religion (If applicable, state religion) _____

[  ] National Origin (If applicable, state national origin) _____

[  ] Age (If applicable, state date of birth) _____

[  ] Disability (If applicable, state disability) _____

[  ] Prior complaint of discrimination or opposition to acts of discrimination. (Retaliation) (If applicable, explain events of retaliation) _____

The defendant:   **(please select all that apply)**

[  ] failed to employ plaintiff.

[X] terminated plaintiff's employment.

[  ] failed to promote plaintiff.

[X] harassed plaintiff.

[X] other (specify) moved me to a different department and with held a raise.

8a.  State **specifically** the circumstances under which defendant, its agent, or employees discriminated against plaintiff **PERSONALLY**:

**VERY IMPORTANT NOTE:**  INCLUDE <u>SPECIFIC DATES</u>, <u>SPECIFIC EVENTS</u>, AND ANY <u>SPECIFIC COMMENTS</u> MADE BY DEFENDANT PERTAINING TO THE DISCRIMINATION CLAIM ALLEGED ABOVE.

8b.  List any **witnesses** who would testify for plaintiff to support plaintiff's allegations and the substance of their testimony:

on another sheet

8c.  List any **documentation** that would support plaintiff's allegations and explain what the documents will prove: on another sheet

30

Rev. Ed. October 26, 2017

9.    The above acts or omissions set forth in paragraphs 7 and 8 are:

[   ]    still being committed by defendant.
[ X ]    no longer being committed by defendant.

10.    Plaintiff should attach to this complaint a copy of the charge filed with the Equal Employment Opportunity Commission.   This charge is submitted as a brief statement of the facts supporting this complaint.

WHEREFORE, plaintiff prays that the Court grant the following relief to the plaintiff:

[   ] Defendant be directed to employ plaintiff.

[   ] Defendant be directed to re-employ plaintiff.

[   ] Defendant be directed to promote plaintiff.

[ X ] Defendant be directed to _being cited and found guilty of ongoing harassment, discrimination and retaliation._ and that the Court grant such other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_14 July 2021_
Date

_[signature]_
Signature of Plaintiff

_412 E. William Cannon Dr # 1608_
Address of Plaintiff

_Austin_          _Texas_          _78745_
City                State                Zip Code

Telephone Number(s) _254.291.8294_

Rev. Ed. October 26, 2017