IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| YVETTE MELENDEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 1:21-CV-622-RP |
| | § | |
| MASON ARNOLD, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the report and recommendation of United States Magistrate Judge Mark Lane concerning Defendant Mason Arnold's ("Arnold") Motion to Dismiss, (Dkt. 12). (R. & R., Dkt. 16). Plaintiff Yvette A. Melendez ("Melendez") filed objections to the report and recommendation. (Objs., Dkt. 19).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Plaintiff objected to the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so and for the reasons given in the report and recommendation, the Court overrules Plaintiff's objections and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the report and recommendation of United States Magistrate Judge Mark Lane, (Dkt. 16), is **ADOPTED**.

**IT IS FURTHER ORDERED** that Arnold's Motion to Dismiss, (Dkt. 12), is **GRANTED**.

**IT IS FURTHER ORDERED** that Melendez's claims are **DISMISSED**.

**IT IS FINALLY ORDERED** that Melendez's Motion to Proceed with Civil Action, (Dkt. 13), is **DENIED**.

The Court will enter final judgment by separate order.

**SIGNED** on June 2, 2023.a

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE